1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11    RANDY ALANA,                              Case No. 18-07116 BLF (PR)

             Petitioner,

12                                              **ORDER DENYING MOTION FOR**
       v.                                       **APPOINTMENT OF COUNSEL**

13

14    MICHAEL MARTEL,

             Respondent.

15

16                                              (Docket No. 9)

17

18          Petitioner, a California prisoner, filed a *pro se* petition for a writ of habeas corpus

19    pursuant to 28 U.S.C. § 2254, challenging his state conviction in Alameda County

20    Superior Court.  On March 28, 2019, the Court issued an order to show cause directing

21    Respondent to file an answer showing cause why a writ of habeas corpus should not be

22    issued.  (Docket No. 8.)

23          Petitioner has filed a motion requesting the appointment of counsel.  (Docket No.

24    9.)  The Sixth Amendment's right to counsel does not apply in habeas corpus actions.  *See*

25    *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir.), *cert. denied*, 479 U.S. 867 (1986).

26    Unless an evidentiary hearing is required, the decision to appoint counsel is within the

27    discretion of the district court.  *See Id*. at 728; *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th

28    Cir.), *cert. denied*, 469 U.S. 838 (1984).  An evidentiary hearing does not appear necessary

at this time, and there are no exceptional circumstances to warrant appointment of counsel. Accordingly, Petitioner's motion for appointment of counsel, (Docket No. 9), is **DENIED** without prejudice to the Court's *sua sponte* reconsideration should the Court later find an evidentiary hearing necessary following consideration of the merits of Petitioner's claims.

This order terminates Docket No. 9.

**IT IS SO ORDERED.**

Dated: __April 23, 2019__

BETH LABSON FREEMAN
United States District Judge

Order Denying Mot. for Appointment of Counsel
PRO-SE\BLF\HC.18\07116Alana_deny-atty

United States District Court
Northern District of California

2