IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY ALANA,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL MARTEL, Warden,**<br><br>Respondent. | Case No. 5:18-cv-07116-BLF (PR)<br><br>[PROPOSED] ORDER EXTENDING TIME |

Respondent's motion to extend time to file an answer or a responsive motion is GRANTED. The answer or motion shall be filed on or before **July 28, 2019**. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty (30) days of his receipt of the answer.

This order terminates Docket No. 6.

**IT IS SO ORDERED.**

**Dated:** _May 30_, 2019

BETH LABSON FREEMAN
United States District Judge