1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**RANDY ALANA,**

Petitioner,

v.

**MICHAEL MARTEL, Warden,**

Respondent.

Case No. 5:18-cv-07116-BLF (PR)

**[PROPOSED] ORDER EXTENDING TIME**

Respondent's motion to extend time to file an answer or a responsive motion is

GRANTED.  The answer or motion shall be filed on or before **August 28, 2019**.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with

the Court and serving it on Respondent within thirty (30) days of his receipt of the answer.

This order terminates Docket No. 8.

**IT IS SO ORDERED.**

**Dated:** _____, 2019

BETH LABSON FREEMAN
United States District Judge