UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY ALANA,

    Petitioner,

v.

MICHAEL MARTEL,

    Respondent.

Case No. 18-07116 BLF (PR)

**JUDGMENT**

For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: ___**April 2, 2020**_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Case No. 18-07116 BLF (PR)
JUDGMENT